IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBBY L. OWENS,

Defendant.                                              No. 09-30105-DRH

### ORDER

**HERNDON, Chief Judge:**

  Before the Court is Defendant Robby L. Owens' motion for extension of time to file objections to the pre-sentence investigation report (Doc. 11). Defendant asks for additional time in which to file his objections as Defendant's attorney has not had an opportunity in which to meet and discuss with Defendant whether or not he has any objections to the pre-sentence investigation report. Defendant requests an additional fourteen (14) days in which to file objections. Based on the reasons in the motion, the Court **GRANTS** Defendant Owens' motion for extension of time (Doc. 11). Defendant Owens will have up to and including **January 4, 2010** in which to file objections to the pre-sentence investigation report.

  **IT IS SO ORDERED.**

  Signed this 21st day of December, 2009.

                /s/ David R Herndon
                **Chief Judge**
                **United States District Court**